# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**CHRISTOPHER D. TAYLOR**
**ADC #111516**                                                                    **PLAINTIFF**

**V.**                              **CASE NO.  3:17-cv-00306 JM**

**STANDEFER,** *et al.*                                                    **DEFENDANTS**


## ORDER

Federal law requires courts to screen *in forma pauperis* complaints,
28 U.S.C. § 1915(e), and prisoner complaints seeking relief against a governmental
entity, officer, or employee, 28 U.S.C. § 1915A.  Claims that are legally frivolous
or malicious; that fail to state a claim for relief; or that seek money from a defendant
who is immune from paying damages should be dismissed before the defendants are
served.  28 U.S.C. § 1915(e); 28 U.S.C. § 1915A.

Taylor asserts that Defendants Standefer and Faulkner used excessive force
against him (Doc. Nos. 1, 6).  For screening purposes, Taylor states a claim for
relief.  The Clerk of the Court is directed to prepare a summons for each of the
named Defendants.  The United States Marshal is directed to serve copies of the
Complaint and Supplement (Doc. Nos. 1, 6), and a summons for these Defendants
without requiring prepayment of fees and costs or security.  Service for the

Defendants should be through the Osceola Police Department, 401 West Keiser Avenue, Osceola, Arkansas 72370.

IT IS SO ORDERED this 13th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE