IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**CHRISTOPHER D. TAYLOR**                                                                               **PLAINTIFF**

V.                              **3:17CV00306 JM/PSH**

**STANDEFER, Corporal,**
**Osceola Police Department,** *et al*.                                                          **DEFENDANTS**

## PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Proposed Findings and Recommendation have been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Christopher D. Taylor filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 on November 9, 2017. (Doc. No. 1). He was incarcerated in the Mississippi County Detention Center at the time. (*Id*.). The Court granted his motion to proceed *in forma pauperis* on November 13, 2017. (Doc. Nos. 4, 5). Plaintiff later notified the Court that he was released from the Arkansas Department of Correction. (Doc. No. 15). On November 13, 2018, the Court directed Plaintiff to resubmit an *in forma pauperis* application that reflects his free-world financial status within 30 days. (Doc. No. 17). Plaintiff was warned that if he failed to do so, his case would be dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

More than 30 days have passed, and Plaintiff has not complied with or otherwise responded to the November 13, 2018 order. District courts have inherent power to dismiss a *case sua sponte* for failure to prosecute. *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995). Accordingly, the Court finds that this action should be dismissed without prejudice for failure to respond to the Court's orders and failure to comply with Local Rule 5.5(c)(2).

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff Christopher D. Taylor's complaint be DISMISSED WITHOUT PREJUDICE.

2. The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

DATED this 18th day of December, 2018.

_____
UNITED STATES MAGISTRATE JUDGE