IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER D. TAYLOR                                                    PLAINTIFF

V.                                    3:17CV00306 JM

STANDEFER, Corporal,
Osceola Police Department, *et al*.                                      DEFENDANTS

## ORDER

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Patricia S. Harris. The parties have not filed objections. After a careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Taylor's claims are DISMISSED, without prejudice. The Court certifies that an *in forma pauperis* appeal taken from this order and judgment dismissing this action is frivolous and would not be taken in good faith.

IT IS SO ORDERED, this 7th day of January 2019.

JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE