IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER D. TAYLOR                                              PLAINTIFF

V.                          3:17CV00306 JM/PSH

STANDEFER, Corporal,
Osceola Police Department, *et al*.                                DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 7th day of January 2019.

                                                                    _____
                                                                    JAMES M. MOODY, JR.
                                                                    UNITED STATES DISTRICT JUDGE